**DILLINGHAM & MURPHY, LLP**
WILLIAM F. MURPHY, ESQ. (SBN 082482)
J. CROSS CREASON, ESQ. (SBN 209492)
601 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendants
SAFEWAY INC. and RICHARD LOPEZ

**ABRAMSON LABOR GROUP**
W. ZEV ABRAMSON, ESQ. (SBN 289387)
JEREMY J. LEVY, ESQ. (SBN 309462)
3580 Wilshire Blvd, Suite 1260
Los Angeles, California 90010
Telephone: (213) 493-6300
Facsimile: (213) 382-4083

Attorneys for Plaintiff
DIANNA MAYHEW-MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DIANNA MAYHEW-MURPHY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., a California corporation; RICHARD LOPEZ, an individual; and DOES 1-100,<br><br>Defendants. | Case No. 2:18-cv-02630-JAM-KJN<br><br>STIPULATION FOR AND ORDER DISMISSING FIFTH CLAIM FOR RELIEF WITHOUT PREJUDICE AND REMANDING ACTION TO SACRAMENTO COUNTY SUPERIOR COURT |

Plaintiff DIANNA MAYHEW-MURPHY ("Plaintiff") and Defendants SAFEWAY INC. ("Safeway") and RICHARD LOPEZ (collectively, "Defendants") hereby stipulate that the Court may enter an Order:

1. Dismissing, without prejudice, Plaintiff's Fifth Cause of Action [Retaliation in Violation of the Family Medical Leave Act ("FMLA")]. The foregoing dismissal without prejudice of Plaintiff's

Fifth Cause of Action is binding in this and in any other forum in which Plaintiff would or could seek to pursue such claim; and

    2.    Remanding the action to the Superior Court of the State of California, County of Sacramento, based upon the dismissal without prejudice of Plaintiff's Fifth Cause of Action. The dismissal of the Fifth Cause of Action for alleged violation of the FMLA eliminates the claim upon which original subject matter jurisdiction in this Court was based (federal question jurisdiction; 28 U.S.C. §§ 1331, 1441(a)). Accordingly, in view of the dismissal of that claim, the parties hereby stipulate to the remand of this action and the non-dismissed claims asserted herein to the court in which it was originally filed, the Superior Court of the State of California for the County of Sacramento.

The parties believe there is good cause for the entry of an Order by the Court as stipulated to by the parties prior to significant litigation of Plaintiff's claims in this Court, in that the foregoing will reduce the number of claims to be addressed in discovery and in motion practice in this action.

Dated: 10/30/2018                            DILLINGHAM & MURPHY, LLP
                                              WILLIAM F. MURPHY, ESQ.
                                              J. CROSS CREASON, ESQ.

                                  By:    /s/_____
                                          Attorneys for Defendants
                                          Safeway Inc. and Richard Lopez

//
//
Dated: 10/30/2018                            ABRAMSON LABOR GROUP
                                              W. ZEV ABRAMSON, ESQ.
                                              JEREMY J. LEVY, ESQ.

                                  By:    /s/_____
                                          Attorneys for Plaintiff Dianna Mayhew-Murphy

//
//
//
//

# ORDER

Based on the foregoing stipulation of the parties, the Court makes the following ORDER:

Plaintiff's Fifth Cause of Action [Retaliation in Violation of the Family Medical Leave Act] is hereby dismissed WITHOUT PREJUDICE.

The remainder of Plaintiff's action is hereby remanded to the Superior Court of the State of California for the County of Sacramento. The parties shall bear their own attorneys fees and costs associated with the dismissal and remand.

IT IS SO ORDERED.

DATED: 11/1/2018

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE